UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1811 ADM/SRN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. RODNEY D. NUGENT, Defendant, WELLS FARGO BANK, Garnishee. | ) | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant has no funds in his bank accounts.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on April 23, 2004, is hereby released.

Dated: May 5, 2004

Susan Richard Nelson

Magistrate Judge
United States District Court